Exhibit 2

| US9095563B2 | Lavender Balm: Full Spectrum ("Accused Product") |
|---|---|
| 11. A topical formulation consisting essentially of : | The accused product is a topical formulation (e.g., Floyd's Full Spectrum Lavender CBD Balm)<br><br>As shown below, the accused product is a Recovery Balm intended for topical application.<br><br>https://floydsofleadville.com/product/lavender-balm/ |
| an extract of *Cannabis sativa* or *Cannabis indica*; | The accused product contains an extract of a Cannabis sativa or Cannabis indica (e.g., Hemp plant).<br><br>As shown below, the accused product is balm formulation which contain 600mg of CBD derived from the broad-spectrum hemp plant. The Hemp is the common name for the Cannabis sativa. |

| | |
|---|---|
| | Floyd's Full Spectrum Lavender CBD Balm is derived from hemp grown and manufactured in the USA and contains lavender, tea tree, oregano, and sweet basil essential oils, as well as 4% Lidocaine. Full Spectrum or "whole-plant" CBD contains a wide array of cannabinoids and terpenes and less than .3% THC. Our balms do not contain preservatives or additives and are independently lab tested for quality and purity.<br><br>180mg or 600mg CBD.<br><br>Ships to all 50 states. Allow up to 5-7 business days for processing and shipping. Currently only available in the U.S.<br><br>https://floydsofleadville.com/product/lavender-balm/ |

| | |
|---|---|
| | USDA Introduces a Multi-Year Plan to Strengthen U.S. Genebank Management of Plant Germplasm<br><br>Taxon: *Cannabis sativa* L.  [New Species Search]<br><br>Nomenclature | **Common Names** | Distribution | Economic Uses<br><br>**Common names**<br><br>[Excel]   Search: [    ]<br><br>Showing 1 to 9 of 9 entries<br>Show [10] entries   Search: [    ]<br><br>| Language | Name | Alternate name | note | Citation |<br>|---|---|---|---|---|<br>| Chinese | da ma | 大麻 | | Wu Zheng-yi & P. H. Raven et al., eds. 1994-. Flora of China (English edition). |<br>| English | hemp | | | Botanical Society of the British Isles. BSBI taxon database (on-line resource). |<br><br>https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862 |
| at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 4% lidocaine as an active ingredient which is more than 0.1 wt % in the topical formulation. |

| | |
|---|---|
| benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation, | <br><br>https://floydsofleadville.com/product/lavender-balm/ |
| wherein the concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation, | The accused product has concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation.<br><br>As shown below, the accused product contains 180mg or 600mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total volume of formulation is 15ml/45ml) |

| | |
|---|---|
| | <br>https://floydsofleadville.com/product/lavender-balm/ |
| said topical formulation obtained by dispersing the extract of *cannabis sativa* or *cannabis* indicia in a | The accused product is a topical formulation obtained by dispersing the extract of *cannabis sativa* or *cannabis* indicia in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base.<br><br>The accused product is a topical balm formulation which contain extract from the broad-spectrum Hemp plant dispersed in a balm base.<br><br>A balm is a blend of butters, oils, and waxes that serves as a base for incorporating active |

| | |
|---|---|
| water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base | ingredients. Hence, the accused product can be obtained by dispersing the extract of *cannabis sativa* or *cannabis* indicia in wax-in-oil base, or an oil-in-wax base type of base.<br><br><br><br>https://balmbalm.com/pages/about-balms# |

|  | ## What is a Balm? |
|---|---|
|  | A balm is a combination of butters, oils and waxes used in skincare as the base to which essential oils or other active ingredients are added. Creams have similar ingredients, however, they also contain water. This means that they need preservatives as an anti-microbial to avoid the cream from going off, unlike balms, which do not contain water.<br><br>https://balmbalm.com/pages/about-balms |
| consisting essentially of at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid.<br><br>As shown below, the accused product contains 4% lidocaine as an active ingredient. |

| | |
|---|---|
| triethanolamine salicylate, hydrocortisone, and salicylic acid. | <br><br>https://floydsofleadville.com/product/lavender-balm/ |