# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 25-CV-624-NYW-NRN

METRONOME LLC,

Plaintiff,

v.

VALUED INC. f/k/a FLOYD'S OF LEADVILLE INC. d/b/a FLOYD'S OF LEADVILLE,

Defendant.

## DECLARATION OF FLOYD LANDIS

I, Floyd Landis, make the following declaration under penalty of perjury:

1. I have personal knowledge of the facts set forth in this declaration, which are true and correct to the best of my knowledge, information, and belief.

2. I am the founder of Valued Inc. f/k/a Floyd's of Leadville, Inc. d/b/a Floyd's of Leadville ("FoL").

3. This statement is being submitted to address the impertinent allegations added to the motions to dismiss filed by Isaac Rabicoff, which assert that Plaintiff Metronome, LLC ("Plaintiff") wishes to dismiss the complaint that Mr. Rabicoff filed because Mr. Rabicoff is too insulted to continue.

4. For the Court to understand both this declaration and the context of the allegations made by Plaintiff, the Court should know two things about me.

5. I have previously been the subject of lawsuits filed as a prank and extortion. In 2008, Jonathan Lee Riches d/b/a "Lawsuit Sleuth", a prisoner at Ft. Williamsburg, filed a lawsuit against me in the Western District of Pennsylvania. He filed the lawsuit against me, Martha Stewart, and Kmart to restrain me from riding my bike into the South Fork dam and flood Johnstown on May 31, 2008. W.D. Pa. 2:08-1338-GLL-FXC. This complaint contained numerous fanciful and incorrect allegations, but it correctly named me as the purported defendant.

6. In 2022-2025, FoL was sued not once but three times by a publicly traded, multi-billion dollar distribution company in three separate courts in three different states.

The allegations in these complaints, though filed by more than a half dozen different lawyers and not a prisoner, were similarly fabricated and incorrect. Ultimately, all three complaints were dismissed and the last with prejudice.

7. It is well known and has been reported often over the years that I'm a fan of a movie called The Big Lebowski: https://www.golfdigest.com/story/how-the-big-lebowski-inspired-floyd-landiss-unlikely-comeback.

8. I only learned of Plaintiff's complaint because an unknown (to me) attorney found it on Pacer and solicited me for his services. I later learned that Plaintiff had allegedly served an employee of a marijuana dispensary and not me, the registered agent, but said it was effective service of process. Upon being shown the initial complaint that I only learned of by happenstance and solicitation, and upon learning that Mr. Rabicoff had informed the court that he had served "Floyd's of Leadville", I concluded that there was simply no possible explanation other than that this was an elaborate prank and I responded accordingly.

9. The complaint was less accurate than the complaint that Mr. Riches, the "Lawsuit Sleuth", filed against me, Marth Stewart, E.T., and Kmart. Indeed everything about the complaint that Mr. Rabicoff filed was incorrect and/or appeared to be satire, including; the named defendant was incorrect; the named plaintiff (his own purported client) was incorrect; he asserted that Floyd's of Leadville "imports products" (Floyd's of Leadville has never imported any products); he alleged that his incorrectly named client has a valid patent on cannabis related products from a date before any cannabis related products were federally legal to be sold or assigned IP rights; and all allegations of indirect infringement were simply made up.

10. I noticed that the lawyer filing what I believed to be a prank referred to himself as "Rabi Law." When I saw the name of the law firm being "Rabi Law", I assumed that this was some sort of referenda to Rabbinical Law and certainly not a reference to the laws of the United States of America which this Court relies on.

11. Given the utterly haphazard composition of the complaint, less accurate than a prisoner's complaint alleging that I was conspiring with Martha Steward and E.T., I was surprised to learn that Mr. Rabicoff had immediately demanded ninety-five thousand dollars upon first contact by FoL's counsel. Ninety-five thousand dollars is likely more than FoL has ever earned selling the "accused product" listed in the complaint (the Complaint calls them products, but there is only one). This convinced me that this was a joke and treated it accordingly. First, when my counsel responded to "Rabi Law's" email demand of ninety-five thousand dollars and copied me to ask if I was interested in paying ninety-five thousand dollars, I responded with a direct quote from The Big Lebowski that was obviously sarcastic and meant as a joke in response to a bigger joke. Even to anyone who has never seen the movie and is unfamiliar with the story line, this response and the following responses that evening are clearly meant as jokes, and certainly don't rise to any level that would cause a real lawyer to simply walk away from the fight that he had started.

12.     My response to "Rabi Law's" initial contact was "I'm just gonna find a cash machine", a verbatim quote made by the main character, "Lebowski" or "The Dude", in response to a very promiscuous woman who, along with her cohorts, in the movie storyline, is trying to extort a million dollars out of him because she thinks he has a million dollars that he does not have.  The similarities between Plaintiff's extortionate scheme with this complaint, and the movie, are astonishing and I'm still not unconvinced that this whole thing wasn't meant, initially at least, as a joke.  The movie involves several people including a "slut" named Bunny attempting to extort money from a man who they have never met and who has no money; it involves a man with a Jewish sounding name - Walter Sobchak - who is not Jewish but insists he is because he was once married to a Jewish woman and he constantly cites shabbat as a reason he can't do certain things (such as bowling on a Saturday); the extortion leverage (a toe) used by the would-be extortionists is bogus and the threats the extortionists make are nonsensical; there is a subplot with protagonists who are nihilists but are perceived to be Nazis but there is no evidence that they are (it's just a figment of the imagination of the individual pretending to be Jewish).

13.     The parallels to this popular movie are many: there is a person with a Jewish sounding name who calls his law firm Rabi Law; a woman with nothing more than a first name with two syllables who is demanding money from me along with Rabi Law; the demand for money is based on the threat of enforcement of a bogus patent or if I don't pay of protracted and costly litigation; FoL has no money because countless lawyers have unsuccessfully sued FoL in the past five years; and an individual who I have never met and calls his law firm Rabi Law is demanding more in settlement than could ever be recovered in litigation.

14.     Every response to that initial email that Mr. Rabicoff claims were offensive to him were references to a movie with an absurd story line. This lawsuit was equally absurd and deserved nothing less than sarcasm: the Plaintiff did not even get its own name right, had no evidence of infringement or damages, and did not disclose even the full agreement by which this non-practicing entity obtained the patent-in-suit.  If Mr. Rabicoff was offended or believed that these remarks were anything other than polemic, I'm sorry.   This lawsuit had no more evidence than the lawsuit that Prisoner Jonthan Lee Riches filed against me, alleging that I "went into the K-Mart Pharmacy to purchase anabolic steroids and needles . . . for high endurance and aggressiveness to pedal fast into the dam while E.T. uses his magical powers."  Riches v. Landis, 2:07-cv-2338-GLL-FXC (Doc. 1).

15.     As far as the other pejoratives I directed at Rabi Law after he insisted this was a real lawsuit and corrected some of the problems with the initial filings, I stand by those.  This case should never have been brought, and Plaintiff certainly should not have sought ninety-five thousand dollars based not on the damages by Plaintiff but on the cost to defend.  There are many reasons plaintiffs should not file lawsuits, and not having evidence is the top of that list.

16.     One other point that The Big Lebowski makes that Plaintiff does not understand concerns free speech.  Plaintiff attacks my counsel for "failing to control" my

exercise of free speech.  It is not my counsel's job to restrain my speech.  Any conception that FoL's counsel had a obligation to control me misunderstands that clients are in control of the lawyers, at least when the client is a real business that has to lay off employees and sacrifice making a living just to pay lawyers to defend frivolous lawsuits.  It also misunderstands what Walter Sobchak tells the waitress in the diner after receiving "Bunny's" severed toe: "For your information, the Supreme Court has roundly rejected prior restraint!"  I can only assume that Mr. Rabicoff did not take true offense to anything I said, as he later told FoL's counsel that my jokes "make [Mr. Vedra] look bad" in an effort to convince Mr. Vedra to convince me to settle.  It's sad that he would threaten my attorney's reputation because I treated Plaintiff's ninety-five thousand dollar settlement entreaties the same as I treated allegations that I was going to flood Johnstown by taking anabolic steroids and smashing my bike into the South Fork dam with E.T. in the basket.

17.    I apologize to the Court that it has to use its time and resources on these matters.  During a two week period when my counsel was attempting to confer with Mr. Rabicoff to obtain some—or any—evidence from Plaintiff, Mr. Rabicoff managed to file nearly fifty additional lawsuits.  One of these lawsuits was against a local Christmas light manufacturer.  It is the high cost of litigation that makes this a profitable enterprise.  It is not evidence.  I hope that FoL has not contributed to this Court's increased workload by treating Plaintiff's lawsuit as it appeared to me, a joke.

I declare under penalty of perjury under the laws of the United States of America and the State of Colorado that the foregoing is true and correct.

Dated: 7/21/25

_____
Floyd Landis